1208

No. 82–1789. PRUDENTIAL INSURANCE COMPANY OF AMERICA v. GIBRALTAR FINANCIAL CORPORATION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1794. FRITZ v. HAGERSTOWN REPRODUCTIVE HEALTH SERVICES ET AL. Ct. App. Md. Certiorari denied.

No. 82–1797. NORTHERN PUBLISHING CO., INC., DBA ANCHORAGE DAILY NEWS v. GREEN. Sup. Ct. Alaska. Certiorari denied.

No. 82–1798. DRIGGERS ET AL. v. SOUTHERN COOPERATIVE DEVELOPMENT FUND ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1802. FIRST NATIONAL BANK OF TEKAMAH, NEBRASKA v. HANSEN ET UX. C. A. 8th Cir. Certiorari denied.

No. 82–1803. AVEDISIAN v. RAMSEY ET AL. Ct. App. Md. Certiorari denied.

No. 82–1804. MUELLER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (CALIFORNIA, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 82–1810. DILLARD ET UX. v. BROYLES ET AL. Ct. App. Tex., 13th Sup. Jud. Dist. Certiorari denied.

No. 82–1830. BROWN ET AL. v. JOHNSTON, POLK COUNTY ATTORNEY, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 82–1837. BURT REALTY CO. ET AL. v. DOUGHERTY COUNTY BOARD OF TAX ASSESSORS. Sup. Ct. Ga. Certiorari denied.